December 19, 2017

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/19/2017 1:11:37 PM
DEBRA SPISAK
Clerk

Court of Appeals
Second District of Texas
Tarrant County Justice Center
401 W. Belknap, Suite 9000
Fort Worth, Tx  76196


ATTENTION:  Rose


    Re:    CZ # 2017-005599-1 / 02-17-00356-CV

    Style: Joy Ouma v. Shahnaz Farahi


*On the above-styled case, no request or payment has been made for the Reporter's Record.*


Respectfully,


Beckee Partin, CSR